**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHERRI DELOAN MOREHEAD                                                                      PLAINTIFF

v.                                       No. 4:15CV00727 JLH-JJV

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration                                                                      DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. The Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is REVERSED and REMANDED for proceedings consistent with the RD.

IT IS SO ORDERED this 24th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE