**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHERRI DELOAN MOREHEAD                                              PLAINTIFF

v.                                  No. 4:15CV00727 JLH-JJV

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration                                             DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is reversed and remanded for action consistent with the Order. This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE